# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:11CR182 |
| | § | |
| SAVANNAH D. ROBERSON (5) | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as her right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of six (6) months. Upon release from imprisonment, the Defendant shall be placed on supervised release for a term of four (4) years. Within 72 hours of release from the custody of the Bureau of Prison, the Defendant shall report in person to the probation office in

the district in which the Defendant is released. While on supervised release, the Defendant shall not commit another federal, state, or local crime, and shall comply with the standard conditions that have been adopted by the Court. Additionally, the Court finds the special conditions originally imposed by the Court are still relevant and are reimposed as follows: (1) Defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring the defendant's efforts to maintain lawful employment and financial activities; (2) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation office, until such time as the Defendant is released from the program by the probation officer. Defendant is to provide proof to the Court of her completion of her G.E.D.

The Court recommends that Defendant be housed in the Bureau of Prisons Seagoville facility, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 30th day of December, 2015.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE